0014-54-EPIE54-00822998-2878489

# United States Bankruptcy Court

For The

Eastern District of North Carolina Greenville Division

TANYA LATRICE SPRAGION
328 ELLIS ROAD
TARBORO, NC 27886

Case No.: 11-02011-8-JNC
SS #1: XXX-XX-3894

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 16 | 11 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 06 | 02 | 11 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 07 | 13 | 16 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $          69,392.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | |
| TANYA LATRICE SPRAGION | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| FARMERS FURNITURE | 007 | Secured | 89.37 | 89.37 | 16.89 | 0.00 |
| LOG CABIN HOMES, LTD | 902 | Secured | 10,236.07 | 10,236.07 | 0.00 | 0.00 |
| LOG CABIN HOMES, LTD | 900 | Secured | 47,055.40 | 47,055.40 | 0.00 | 0.00 |
| LOG CABIN HOMES, LTD | 901 | Secured | 1,542.80 | 1,542.80 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE BANK | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COLLEGE FOUNDATION | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CONTINENTAL | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COX COMMUNICATIONS | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECT TV | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EMBARQ | 006 | Unsecured | 320.28 | 0.00 | 0.00 | 0.00 |
| FINANCIAL ASSET | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FINGERHUT DIRECT MARKETIN | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST BANK OF DELAWARE | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC TAXPAYER FINANCIAL S | 014 | Unsecured | 3,326.64 | 0.00 | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL S | 013 | Unsecured | 2,074.69 | 0.00 | 0.00 | 0.00 |
| MATTHEW P. SPERATI | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| POLLEY CLINIC OF DERMATOL | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SURGICENTER SER. OF PITT | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TARBORO CLINIC | 020 | Unsecured | 435.12 | 0.00 | 0.00 | 0.00 |
| HSBC TAXMASTERS | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC TAXMASTERS | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 021 | Unsecured | 5,497.40 | 0.00 | 0.00 | 0.00 |
| EMBARQ | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GENESIS FINANCIAL SOLUTIO | 023 | Unsecured | 182.41 | 0.00 | 0.00 | 0.00 |
| EDGECOMBE COUNTY TAX OFFI | 024 | Secured | 2,313.38 | 2,313.38 | 429.94 | 0.00 |
| NC STATE EDUCATION ASSIST | 025 | Unsecured | 8,705.52 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AARON RENTS INC | 027 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| AARON RENTS INC | 028 | Secured | 1,214.01 | 0.00 | 0.00 | DirectPay |
| PRA RECEIVABLES MANAGEMEN | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RICHARD M STEARNS | XFR-TR | Admin | 0.00 | 0.00 | 0.00 | 0.00 |

0014-54-EPIE54-00822998-2878489

# United States Bankruptcy Court

For The

Eastern District of North Carolina Greenville Division

TANYA LATRICE SPRAGION
328 ELLIS ROAD
TARBORO, NC 27886

Case No.:  11-02011-8-JNC

SS #1:  XXX-XX-3894

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 16 | 11 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 06 | 02 | 11 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 07 | 13 | 16 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $          69,392.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| TANYA LATRICE SPRAGION | 999 | Refund | 1,770.64 | 1,770.64 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 62,451.03 | 0.00 | 20,542.06 | 0.00 | 1,770.64 | 84,763.73 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 61,237.02 | 0.00 | 0.00 | 0.00 | 1,770.64 | 63,007.66 | |
| INTEREST PAID | 446.83 | 0.00 | 0.00 | 0.00 | 0.00 | 446.83 | 63,454.49 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| HERBERT FRANK ALLEN | 3,000.00 | 2,834.50 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 1,551.44 | 1,551.57 | 0.00 | 3,103.01 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.  Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated:  09/20/2016

Richard M. Stearns
1015 Conference Dr.
Greenville, NC  27858